Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Aurelia Marcu                                                                    Case No.   07-23619

Debtor(s)                                                                                 Chapter   7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **299.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _____74.75_____ Check one  ■ With the filing of the petition, or
                                □ On or before _____

   $ _____74.75_____ on or before _____1/09/08_____

   $ _____74.75_____ on or before _____2/06/08_____

   $ _____74.75_____ on or before _____3/05/08_____

   *FILED DEC 17 2007 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS*

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  **December 14, 2007**                      Signature  **Aurelia Marcu**
                                                            Aurelia Marcu
_____                             Debtor
Attorney for Debtor(s)
One of its Attorneys   CHRISTIAN BREMMER
LAW OFFICES OF MIHAELA LAZAR
RAICU, LTD.
4107 OAKTON, SUITE 102
SKOKIE, IL 60076
(312) 224-8900
Fax: (312) 224-8691
mraicu_esq@yahoo.com

Form 3 A Contd
(10/05)

## United States Bankruptcy Court
### Northern District of Illinois

In re   Aurelia Marcu                                              Case No.  07-23619
                              Debtor(s)                            Chapter  7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one   ☐ With the filing of the petition, or
                            ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT **KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Date  DEC 17 2007

_____
UNITED STATES BANKRUPTCY JUDGE

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy